**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No.** 2:14-cv-14612

**AMENDED SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Eva Osorio

2. Plaintiff's Spouse (if applicable)

   Hector N. Guerrero

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Massachusetts

5. District Court and Division in which venue would be proper absent direct filing.

   Massachusetts District Court

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Ethicon, Inc.

   ☒ B. Ethicon, LLC

- [x] C. Johnson & Johnson
- [ ] D. American Medical Systems, Inc. ("AMS")
- [ ] E. Boston Scientific Corporation
- [ ] F. C. R. Bard, Inc. ("Bard")
- [ ] G. Sofradim Production SAS ("Sofradim")
- [ ] H. Tissue Science Laboratories Limited ("TSL")
- [ ] I. Mentor Worldwide LLC
- [ ] J. Coloplast Corp.
- [ ] K. Cook Incorporated
- [ ] L. Cook Biotech, Inc.
- [ ] M. Cook Medical, Inc.

7. Basis of Jurisdiction

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Ethicon: 1 - 5

   _____

   _____

   B. Other allegations of jurisdiction and venue:

   _____
   _____
   _____
   _____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    - [ ] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [x] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo
    - [ ] Other

        _____

        _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    - [ ] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [x] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo

☐   Other

    _____

    _____

10. Date of Implantation as to Each Product:

    February 21, 2008

    _____

    _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Brigham & Women's Hospital – Boston, MA

    _____

12. Implanting Surgeon(s):

    George Flesh, M.D.

    _____

13. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I – Negligence
    - ☒ Count II – Strict Liability – Manufacturing Defect
    - ☒ Count III – Strict Liability – Failure to Warn
    - ☒ Count IV – Strict Liability – Defective Product
    - ☒ Count V – Strict Liability – Design Defect
    - ☒ Count VI – Common Law Fraud
    - ☒ Count VII – Fraudulent Concealment
    - ☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

Dated: April 18, 2014                    JOHNSON BECKER, PLLC


                                         _/s/_Lisa A. Gorshe_____
                                         Lisa A. Gorshe (#29522X)
                                         Michael K. Johnson (#258696)
                                         Timothy J. Becker (#256663)
                                         33 South Sixth Street, Suite 4530
                                         Minneapolis, Minnesota 55402
                                         Phone: (612) 436-1800
                                         Fax: (612) 436-1801
                                         Email: lgorshe@johnsonbecker.com
                                         Email: mjohnson@johnsonbecker.com
                                         Email: tbecker@johnsonbecker.com

                                         *Counsel for Plaintiff*